**Order entered April 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00253-CV

### DOROTHEA LASTER, Appellant

### V.

### SHARON THOMAS, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316**

## ORDER

We **GRANT** appellant's April 5, 2015 first motion to extend time to file brief and

**ORDER** the brief be filed no later than April 28, 2015.


/s/     CRAIG STODDART
JUSTICE